**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1584**

_____

CHARLOTTE HENRY,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (CA-98-91-2)

_____

Submitted:  September 28, 1999      Decided:  November 3, 1999

_____

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John P. Bradwell, SHORTRIDGE & SHORTRIDGE, Norton, Virginia, for Appellant.  James A. Winn, Chief Counsel, Patricia M. Smith, Deputy Chief Counsel, Region III, Nicole L. Appalucci, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION; Robert P. Crouch, Jr., United States Attorney, John F. Cochran, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlotte F. Henry appeals the district court's order granting the Commissioner's motion for summary judgment in her complaint challenging the Commissioner's denial of her application for Supplemental Security Income.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we grant Henry's motion to submit the case on briefs, and affirm on the reasoning of the district court.  See Henry v. Apfel, No. CA-98-91-2 (W.D. Va. Mar. 11, 1999).

AFFIRMED

2